JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., a minor, by and through his Guardian Ad Litem, Nancy Jimenez,<br><br>           Plaintiff,<br><br>     v.<br><br>BALDWIN PARK UNIFIED SCHOOL DISTRICT, <u>et al.</u>,<br><br>           Defendants. | Case No. CV 13-5690 FMO (JEMx)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Reversing Decision of Office of Administrative Hearings, IT IS ADJUDGED that the ALJ's Decision is reversed.  Baldwin Park Unified School District shall forthwith refer J.G. to the California School for the Deaf in Riverside for a possible placement at the School.

Dated this 20th day of March, 2015.

                                        /s/
                              Fernando M. Olguin
                           United States District Judge